# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER

November 20, 2023

| No. 23-2948 | DYSON TECHNOLOGY LIMITED, <br> Plaintiff - Appellant <br><br> v. <br><br> DAVID 7 STORE, et al., <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cv-05936 <br> Northern District of Illinois, Eastern Division <br> District Judge Steven Charles Seeger ||

**To:** Justin R. Gaudio
GREER, BURNS & CRAIN
300 S. Wacker Drive
Suite 2500
Chicago, IL 60606-0000

Documents that are determined by the Clerk's Office to be procedurally deficient **must be corrected and returned for filing within seven (7) days** from the date of this notice. **Previously set deadlines will not be automatically extended by this deficiency notice.** Copies of the revised document must be served upon all other parties. **The substance of the document must not be changed;** only the procedural deficiency is to be corrected. If the initial filing was untimely or if the revised document is not resubmitted to the Clerk's Office for filing within the seven (7) days, a motion for leave to file instanter must accompany it, and must also be served upon all other parties.

Today this office "Received" your brief, which has been deemed deficient for filing due to the following procedural concern(s):

There is no Cir. R. 30(d) statement or it is not signed. Appellant's or petitioner's brief must contain counsel's affirmative statement that all materials required by Cir. R. 30(a) and (b) are included in the appendix. See Cir. R. 30(d). False certificate under Rule 30(d) is sufficient reason for substantial fines. See <u>United States v. Johnson</u>, 745 F.3d 227, 231-32 (7th Cir. 2014).

A table of contents with page references is required. Fed. R. App. P. 28(a)(2) and 28(b). Please make sure to include all headings present in the brief.

The resubmission will be deemed timely if the electronic filing is accomplished within seven (7) days of this notice (by 11:59 pm on the seventh day of this notice).

Sincerely,
Clerk of the Court


By: Deputy Clerk:

_____
Dylan A. Batton

NOTE: Counsel should notify the Clerk's Office within two (2) days of the deficiency letter if they would like the deficient briefs returned at counsel's expense. If not, the deficient briefs will be discarded.


form name: **c7_Brief_Deficiency_Letter**   (form ID: **187**)